IN THE

COURT OF APPEALS

FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
COURT OF APPEALS

FEB 1 0 2015

LISA MATZ
CLERK, 5th DISTRICT

NO. 05-15-00075

RECEIVED
Court of Appeals

FEB 1 0 2015

Lisa Matz
Clerk, 5th District

ROY JON, Appellant

VS.

THE STATE OF TEXAS, Appellee

---------------------------------------------------

On appeal from the Criminal District Court No. 5

DALLAS COUNTY, TEXAS
Trial Court Cause No. W92-63805-L

---------------------------------------------------

APPELLANT'S MOTION TO TRANSER

ORIGINAL NOTICE OF APPEAL, APPEAL BRIEF, and attached exhibit"S

Appellant asks this Court of Appeals to direct the Clerk Lisa Matz,
to transfer the original Notice of Appeals, Appellant's appeal brief, and
the exhibit's that were submitted January 29,2015, in support of his
appeal brief, to the Court of Criminal Appeals, clerk, Abel Acosta, to
have them file in this appeal.

Respectfully Submitted

ROY JON #626840 appearing pro-se
O.B. Unit Ellis
1697 FM 980
Huntsville, Texas 77340

C.C.FILED

ROY JON #626840
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77340

WORTH HOUSTON TX 773

06 FEB 2015 PM 2 L



Lisa Matz
C
Clerk of the court
Fifth Court of Appeals
600 Commerce Street, Suit 200
Dallas, Texas 75202

75202465399